389 A.2d 682

Commonwealth v. Milligan, Appellant.

Submitted December 6, 1977. E. Jay Tract, and Hoopes and Tract, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 682

Commonwealth v. O'Brien, Appellant.

Submitted June 13, 1977. Karl Baker, Assistant Defender, and Benjamin Lerner, Defender, for appellant; James C. Long, Jr., Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.